IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS COLEMAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>S. BOYLE, et al.,<br><br>      Defendants.               / | No. C 12-02339 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for an extension of time to file his amended complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **March 4, 2013.**

If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

This Order terminates Docket no. 5.

IT IS SO ORDERED.

DATED: January 22, 2013

                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Coleman2339.EOTfileAC.wpd